UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ERNESTO ROMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:23-cv-00779 |
| | ) |
| NEW NELLO OPERATING CO., LLC | ) |
| d/b/a NELLO, | ) |
| | ) |
| Defendant. | ) |

## **PLAINTIFF'S COMPLAINT FOR DAMAGES**

Plaintiff, Ernesto Roman ("Plaintiff" or "Roman"), bring this action against New Nello Operating Co., LLC d/b/a Nello ("Defendant" or "Nello"), for violation of the Fair Labor Standards Act, 29 U.S.C. §201 *et. seq.* ("FLSA"). Specifically, Roman brings a claim for retaliation under the FLSA, 29 U.S.C. §215(a)(3).

## **PARTIES**

1. Roman is an individual who resides in St. Joseph County, Indiana. At all times relevant to this action, he was an "employee" within the meaning of the FLSA, 29 U.S.C. §203(e)(1).

2. Nello is a Delaware corporation doing business in the state of Indiana. At all times relevant to this action, Nello was an "employer" within the meaning of the FLSA, 29 U.S.C. §203(d).

## JURISDICTION AND VENUE

3. The U.S. District Court for the Northern District of Indiana has subject matter jurisdiction pursuant to 28 U.S.C. §1331 because this case raises questions under federal law.

4. Venue is proper in this district pursuant to 28 U.S.C. §1391 because Nello conducts business in this district and the challenged conduct occurred in this district.

## FLSA COVERAGE

5. At all times hereinafter mentioned, Nello has been an enterprise within the meaning of Section 3(r) of the FLSA, 29 U.S.C. §203(r).

6. At all times hereinafter mentioned, Nello has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1) of the FLSA, 29 U.S.C. §203(s)(1)(A)(i) and (ii).

7. At all times hereinafter mentioned, Roman has been an employee "engaged in commerce or in the production of goods for commerce."

## FACTS

8. Nello is in the business of manufacturing utility and cellular phone towers at its facility located in South Bend, Indiana.

9. Nello employs hourly production workers at their facility in South Bend.

10. Roman was employed by Nello as an hourly production worker until his employment was involuntarily terminated by Nello on July 28, 2022.

11. Prior to his involuntary termination and on November 2, 2021, Roman filed a collective action complaint against Nello pursuant to 29 USC § 216(b) in the United States District Court for the Northern District of Indiana. ("Collective Action Complaint") [See Case No. 3:21-cv-00853-DRL-MGG, Docket No. 1] Roman's Collective Action Complaint alleged that Nello violated the FLSA in several ways. Specifically, the Collective Action Complaint alleged that Roman and other hourly production workers were subject to Nello's common business policies and practices that caused them to be denied the overtime premium required under the FLSA. First, Nello deducted the costs of a "Uniform Rental" from the pay of employees. Second, Nello did not include all earned wages, in the form of certain nondiscretionary bonuses, when calculating its employees' rates of pay for the purpose of calculating the overtime premium due to them. As a result of these violations, Nello failed to pay its employees at a rate no less than time and one-half of their regular rates of pay for all hours they worked in excess of 40 hours per workweek.

12. On August 29, 2022, the court entered a judgment against Nello and in favor of Roman in the amount of $60,000.00. [See Case No. 3:21-cv-00853-DRL-MGG, Docket No. 52]

13. Prior to that entry of judgment, Nello unlawfully retaliated against Roman by firing him on July 28, 2022.

14. Nello's only reason for terminating Roman's employment was the fact the Roman had filed an FLSA complaint against Nello.

15. Nello had no valid or lawful reason to terminate Roman's employment with Nello.

**COUNT I: RETALIATION UNDER THE FAIR LABOR STANDARDS ACT**

16. Roman hereby incorporates by reference paragraphs 1-15 of his Complaint.

17. By terminating Roman's employment, Nello retaliated against Roman because he engaged in protected activity in violation of the FLSA.

18. The actions of Nello in retaliating against Roman were intentional, willful, and done in reckless disregard of Roman's rights under the FLSA, 29 U.S.C. §215(a)(3).

**PRAYER FOR RELIEF**

WHEREFORE, Roman respectfully requests that this Court enter judgment against Nello and award relief as follows:

a. An Order pursuant to the the FLSS, 29 U.S.C. §215(a)(3) finding Nello liable for violating Roman's rights under the FLSA;

b. An Order awarding Roman lost wages (including front pay and back pay), liquidated damages, punitive damages and all other available damages;

c. An Order awarding Roman his attorney's fees and costs of this action; and

d. An Order granting such other and further relief as may be necessary and appropriate.

Respectfully Submitted,

/s/Robert J. Hunt
Robert J. Hunt, (#30686-49)
Robert F. Hunt (#7889-84)
The Law Office of Robert J. Hunt, LLC
1905 South New Market Street, Suite 168
Carmel, Indiana 46032
Telephone: (317) 743-0614
Facsimile: (317) 743-0615
E-Mail: rob@indianawagelaw.com