UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ERNESTO ROMAN,

    Plaintiff,

v.                                             CAUSE NO. 3:23-CV-779 DRL-MGG

NEW NELLO OPERATING CO., LLC d/b/a
NELLO,

    Defendant.

ORDER

Ernesto Roman filed a Fair Labor Standards Act retaliation claim against New Nello Operating Co., LLC. On January 3, 2024, New Nello Operating Co., LLC notified the court that the parties had reached a settlement [11]. On January 30, 2024, the parties filed a joint motion to dismiss the case with prejudice without court review or approval of their settlement agreement [13].

The FLSA's text doesn't require court approval of a settlement between an employer and an individual plaintiff. *See* 29 U.S.C. § 216(b); *Alcantara v. Duran Landscaping, Inc.*, 2022 U.S. Dist. LEXIS 122552, 2-3 (E.D. Pa. July 12, 2022). "[T]he Seventh Circuit has never explicitly held that court approval of individual FLSA settlement agreements is required." *Unifirst Corp. v. Rapshus*, 2023 U.S. Dist. LEXIS 125371, 2 (E.D. Wis. May 15, 2023). Other district courts in this circuit and around the country have also declined to require judicial approval of such settlement agreements. *See Jackson v. Dovenmuehle Mortg., Inc.*, 2023 LEXIS 113086, 3 (E.D. Wis. June 30, 2023); *see also Askew v. Inter-Con't Hotels Corp.*, 620 F. Supp.3d 635, 643 (W.D. Ky. 2022); *Evans v. Centurion Managed Care of Ariz. LLC,* 2023 U.S. Dist. 139126, 7-9 (D. Ariz. Aug. 9, 2023).

The court therefore GRANTS the parties' joint motion [13] and DISMISSES the case with prejudice without review or approval of the settlement agreement.

SO ORDERED.

February 13, 2024 *s/ Damon R. Leichty*
Judge, United States District Court